IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60601
Conference Calendar

_____

GEORGE TABCHOURI,

                                        Petitioner,


versus

IMMIGRATION AND NATURALIZATION
SERVICE,

                                        Respondent.


- - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A29-982-220
- - - - - - - - - -
June 17, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     George Tabchouri petitions for review of the Board of

Immigration Appeals's (BIA's) decision that he will not suffer

"extreme hardship" if he is deported to Lebanon.  See 8 U.S.C.

§ 1254(a)(1).  Tabchouri has failed to establish that he will

suffer the type of unique or unusually severe hardship which

would compel a finding of "extreme hardship" by the BIA.  See

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Hernandez-Cordero v. INS, 819 F.2d 558, 562-63 (5th Cir. 1987) (en banc). The BIA considered the relevant factors individually and cumulatively and did not find the type of hardship that a reasonable person would necessarily conclude was extreme. Id. at 563. Accordingly, the BIA did not abuse its discretion in denying Tabchouri's application for suspension of deportation. See id.

PETITION DENIED.